**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2800



**FILED**

OCT 2 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>2004 Michigan Boulevard, West Sacramento, CA,<br><br>and<br><br>1515 N. Willow Ave., Fresno, CA | 2:13-SW-0655-CKD<br>2:13-SW-0664-CKD<br>2:13-CR-00353-TLN<br><br>ORDER AUTHORIZING DISCLOSURE OF SEALED SEARCH WARRANT MATERIALS AND ENTERING A PROECTIVE ORDER |

### ORDER

The United States has applied to the Court for an order to disclose portions of the Orders of the Court issued on October 7, 2013, in case numbers 2:13-SW-0655-CKD and 2:13-SW-0664-CKD, that authorized the search of the above-captioned residences. The Court sealed each of these search warrants and their accompanying applications, and affidavits.

Based upon the facts and representations set forth in the United States's Application, the Court finds that the United States has shown good cause exists to permit the United States to disclose each

1 | of the sealed search warrants, applications, and affidavits in this
2 | case to the defense counsel in the pending criminal matter, <u>United
3 | States v. Cortez-Garcia, et al.</u>, 2:13-CR-00353-TLN.  Therefore:
4 |     IT IS HEREBY ORDERED that portions of the above-referenced
5 | search warrants, applications, and affidavits may be disclosed to the
6 | defense by the United States in the action of <u>United States v.
7 | Cortez-Garcia, et al.</u>, 2:13-CR-00353-TLN.
8 |     The Court further finds that the United States has shown good
9 | cause to keep the above-referenced search warrants, applications,
10 | affidavits under seal and subject to a protective order pursuant to
11 | Federal Rule of Criminal Procedure 16(d)(1) because public disclosure
12 | and wide dissemination of the search warrants, applications, and
13 | affidavits in this case could jeopardize the lives and safety of
14 | confidential informants and undercover law enforcement officers and
15 | the United States's ongoing criminal investigation.  Therefore:
16 |     IT IS FURTHER ORDERED THAT pursuant to Federal Rule of Criminal
17 | Procedure 16(d)(1) portions of the above-referenced search warrants,
18 | applications, and affidavits may be disclosed to defense counsel of
19 | record in <u>United States v. Cortez-Garcia, et al.</u>, 2:13-CR-00353-TLN,
20 | as long as such disclosures are made solely for the purpose of
21 | preparing a defense to the charges pending in that case.
22 |     Specifically, said disclosures may be made by counsel of record
23 | for a defendant in this matter to: (a) the defendant represented by
24 | counsel of record, (b) other counsel of record in the pending case,
25 | (c) his or her legal associates, paralegals, stenographic, and
26 | clerical employees involved in the defense of this case, (d) persons
27 | identified in the materials to be disclosed as present during the
28 | reported transaction or a participant therein, and (e) other persons

1 | only upon order of the Court upon a showing of particularized need;
2 | provided that nothing in this order shall prevent defense counsel
3 | from disclosing said materials to a potential witness for the defense
4 | where defense counsel has a good faith basis to believe that such
5 | disclosure is necessary to the proper preparation of the defense.

6 |   IT IS FURTHER ORDERED THAT counsel of record for the defense in
7 | United States v. Cortez-Garcia, et al., 2:13-CR-00353-TLN, shall not
8 | make any disclosure as provided in the foregoing paragraph without
9 | first providing the person to whom the disclosure will be made with a
10 | copy of the Court's Order and receiving that person's written
11 | acknowledgment that he or she is bound by the terms of this Order
12 | after having read the Order and having its contents fully explained
13 | by counsel of record making the disclosure.

14 |   IT IS FURTHER ORDERED THAT the United States may provide
15 | redacted copies of the applications, affidavits, and orders as set
16 | out in the United States's Application. The Ex Parte Application of
17 | the United States shall remain under seal. *This order is without prejudice to defendants making a motion to reconsider or modify the order.* /DAD/
18 | DATED: October 28, 2013

_Dale A. D[rozd]_
Hon. DALE A. DROZD
United States Magistrate Judge

3