BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700



FILED

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: 8524 Florin Road, 2004 Michigan Boulevard, 3541 Sun Maiden Way, 910 Striker Avenue, Suite B, 950 Riverside Parkway, Suite 70, 23526 Rosewood Road, 1900 Danbrook Drive, Unit #1611, 28 W. Main Street, 1240 Stags Leap Road, 5542 E. Kings Canyon Road, 1515 N. Willow Avenue | 2:13-SW-0654-CKD 2:13-SW-0655-CKD 2:13-SW-0656-CKD 2:13-SW-0657-CKD 2:13-SW-0658-CKD 2:13-SW-0659-CKD 2:13-SW-0660-CKD 2:13-SW-0661-CKD 2:13-SW-0662-CKD 2:13-SW-0663-CKD 2:13-SW-0664-CKD ORDER RE: REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered unsealed.

DATED: February 27, 2014

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE